# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LESLIE LEE THOMAS, <br><br> Defendant. | PO-18-05207-GF-JTJ <br><br> VIOLATION: <br> 6531009 <br> Location Code: M23F <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation 6531009 (for a total of $155), and for good cause shown,

IT IS ORDERED that the $155 fine ($125 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6531009.

IT IS FURTHER ORDERED that the bench trial scheduled for March 7, 2019, is VACATED.

DATED this 4th day of March, 2019.

_____
John Johnston
United States Magistrate Judge